UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JEFFREY A. BOSCH,

                Plaintiff,

    -against-

C.O. ELARGO,

                Defendant.
----------------------------------------X

ORDER

CV-99-4668 (DLI)

APPEARANCES:

JEFFEY A. BOSCH
PRO SE PLAINTIFF
RICE STREET JAIL
901 RICE STREET
ATLANTA, GA 30318

JORDAN SMITH, ESQ.
ASSISTANT CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NEW YORK 10007

AZRACK, United States Magistrate Judge

    A telephone conference will be held in the above captioned case pursuant to Rule 16 of the Federal Rules of Civil Procedure on Friday, October 28, 2005 at 11:15 A.M. After establishing contact with the plaintiff, the Assistant Corporation Counsel shall telephone the Court at 718-260-2530.

    SO ORDERED.

Dated: Brooklyn, New York
       October 21, 2005

                                        JOAN M. AZRACK
                                        UNITED STATES MAGISTRATE JUDGE